NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,**
*Appellant*

v.

**SYMANTEC CORPORATION,**
*Cross-Appellant*

---

2016-2551, 2016-2554, 2016-2630, 2016-2631

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-00375, IPR2015-00377.

---

## JUDGMENT

---

DAVID ISAAC GINDLER, Irell & Manella LLP, Los Angeles, CA, argued for appellant. Also represented by MICHAEL RICHARD FLEMING, JASON SHEASBY, GAVIN SNYDER, HONG ANNITA ZHONG.

MICHAEL JOHN SACKSTEDER, Fenwick & West, LLP, San Francisco, CA, argued for cross-appellant. Also represented by DARGAYE CHURNET, BRIAN MICHAEL HOFFMAN.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, MAYER and REYNA, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

  March 13, 2018    /s/ Peter R. Marksteiner
       Date          Peter R. Marksteiner
                     Clerk of Court